```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___Sept. 24, 2021___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Elizabeth Muigai,

                      Plaintiff,

-against-

Omnicom Group, Inc. & OGI Shared Service Center - Advertising LLC,

                      Defendants.

21-CV-5466-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    This Court previously extended the deadline for Defendants to answer or otherwise respond to the Complaint from August 23, 2021 to September 22, 2021. ECF No. 8. To date, it does not appear that Defendants have answered or otherwise responded to the Complaint. On September 24, 2021, Plaintiff filed an amended complaint. ECF No. 12.

    Accordingly, the Parties shall submit a joint status report no later than **October 1, 2021** on the outcome of the mediation that was supposed to be held on August 31, 2021 (as of August 24, 2021), ECF No. 8, including any other progress made in resolving/settling this dispute. If the parties have not settled/resolved any issues or claims, the joint status report shall also inform the Court how they would like to proceed with this case now that Plaintiff has filed an amended complaint.

**SO ORDERED.**

   **Dated**: Sept. 24, 2021
          New York, New York

                                                        _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**